UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-15073 |
| TODD HARRIS, | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER DISMISSING CHAPTER 13 CASE

THIS MATTER coming for a hearing on the Motion of Debtor to Voluntarily Dismiss Chapter 13 Case, notice having been given to all parties entitled thereto, the Court being fully advised in the premises:

It is hereby ORDERED:

Debtor's Chapter 13 Case is Dismissed.

Enter:

_/s/_
United States Bankruptcy Judge

Dated:   **0 8 MAY 2018**

**Prepared by:**
Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com

Rev: 20170105_bko